# UNITED STATES DISTRICT COURT

for the
Central District of California

**YESENIA RAMIREZ, Individually and On Behalf of All Others Similarly Situated**

*Plaintiff*

v.

**MAELYS COSMETICS USA INC.**

*Defendant*

Civil Action No. 5:26-cv-03077-SP

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MAELYS COSMETICS USA INC. in New Castle County, DE on June 18, 2026 at 9:38 am at 251 Little Falls Dr, Wilmington, DE 19808-1674 by leaving the following documents with Morrell (refused last name), who as Intake Specialist at Corporation Service Company, is authorized by appointment or by law to receive service of process for MAELYS COSMETICS USA INC.

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
CLASS ACTION COMPLAINT
NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION

Race: White, Sex: Male, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.7604866667,-75.6233133333
Photograph: See Exhibit 1

Total Cost: $120.00
I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Philadelphia County,
PA on 6/19/2026.

/s/ *Kimberly Mcmullin*

Kimberly Mcmullin - +1 (484) 319-1715


Exhibit 1a)
6/18/2026 9:38 am EDT
251 Little Falls Dr, Wilmington, DE 19808-1674
39.7604867, -75.6233133
CSC
FIRE LANE

Exhibit 1b)
6/18/2026 9:38 am EDT
251 Little Falls Dr, Wilmington, DE 19808-1674
39.7604867, -75.6233133

5G 78

# Today's visit to CSC HQ

Inbox

**Envoy** 9:50 AM
to me

| | |
|---|---|
| From | **Envoy** no-reply@envoy.com |
| To | **Kimberly Mcmullin** kimberly.b.mcmullin@gmail.com |
| Date | **Jun 18, 2026 at 9:50 AM** |
| | **Standard encryption (TLS)** Learn more |

CSC

## Welcome to CSC

We appreciate you visiting CSC HQ today.